IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHARLES ALLEN HARVEY                                                                                    PLAINTIFF

v.                                            Case No. 6:22-cv-06070

TIMOTHY BECKHAM,
Chief Public Defender, and
SHANE ETHRIDGE, Public Defender                                                                         DEFENDANTS

## ORDER

The Court has received a Report and Recommendation from United States Magistrate Judge Mark E. Ford. ECF No. 6. Plaintiff Charles Allen Harvey, who proceeds pro se, filed a complaint against Defendants Timothy Beckham and Shane Ethridge alleging violations of civil liberties pursuant to 42 U.S.C. § 1983. ECF No. 1. After screening Plaintiff's complaint under the provisions of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915A, Judge Ford issued a written report recommending that Plaintiff's Complaint be dismissed without prejudice. Plaintiff did not object to Judge Ford's Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE.** Further, the dismissal constitutes a "strike" under the PLRA, 28 U.S.C. § 1915(g), and the Clerk of Court is directed to place a § 1915(g) strike flag on the case.[1]

**IT IS SO ORDERED**, this 31st day of August, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Judge Ford did not recommend counting this dismissal as a "strike" in his Report and Recommendation. *See* ECF No. 6. However, he recommended dismissal of this action because "Plaintiff has failed to state cognizable claims under § 1983." The PLRA, 28 U.S.C. § 1915(g), provides for a "strike" where, in relevant part, a prisoner's action is dismissed on the grounds that it fails to state a claim upon which relief may be granted. Therefore, dismissal of this action constitutes a strike under the PLRA.